UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:00-CR-03 |
| | ) | |
| STEVE L. COLLINS | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on February 14, 2005, at which time it was admitted by the defendant that he has violated the conditions of his supervised release by:

1. Failing to file a truthful and complete written report within the first five days of each month;

2. Failing to notify his probation officer ten days prior to any change in residence or employment; and

3. Failing to participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer.

It is also undisputed that the defendant's violation guideline range is now six (6) months to twelve (12) months.

Therefore, the Court finds that the defendant has violated the terms of his supervised release, and accordingly, it is hereby **ORDERED** that his supervised release

is **REVOKED**, and he is sentenced to serve a term of nine (9) months imprisonment.

It is also hereby **ORDERED** that the defendant's term of imprisonment will be followed by an additional term of supervised release of twenty-four (24) months. During this additional term of supervised release, the defendant will be subject to the following:

1. The standard conditions of supervised release as set out in Local Rule 83.10;

2. The defendant shall not possess a firearm as defined in 18 U.S.C. § 921;

3. The defendant shall cooperate in the collection of DNA as directed;

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days after being placed on supervision and at least two periodic tests thereafter, as directed by the probation officer;

5. In addition, the defendant shall comply with the following special conditions:

> The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

ENTER:

                                              s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE